HAVEMEYER *et al.,* Appellants, *v.* BROOKLYN SUGAR REFINING CO. *et al.,* Respondents.

*(Supreme Court, General Term, Fourth Department.* February Term, 1891.)

No opinion. Appeal withdrawn. See 12 N. Y. Supp. 126; 13 N. Y. Supp. 873.

---

DRYER, Respondent, *v.* SHEVALIER, Appellant.

*(Supreme Court, General Term, Fourth Department.* February Term, 1891.)

No opinion. Order affirmed, with $10 costs and disbursement, on opinion of PARKER, J., delivered at special term.

---

PEOPLE *ex rel.* HART *v.* BLACKHURST, Treasurer.

*(Supreme Court, General Term, First Department.* January Term, 1891.)

No opinion. Motion granted, with $10 costs. See 11 N. Y. Supp. 669.

---

GILFORD, Respondent, *v.* MAYOR, ETC., OF CITY OF NEW YORK, Appellant.

*(Supreme Court, General Term, First Department.* February Term, 1891.)

No opinion. Judgment affirmed, with costs.